UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JEREMIAH BENJAMIN SCHMIDT, Defendant. | Case No. CR-17-017-E-BLW **FINAL ORDER OF FORFEITURE** |

WHEREAS, on March 13, 2018, this Court entered a Preliminary Order of Forfeiture (ECF No. 25), pursuant to the provisions of 18 U.S.C. §924(d), made applicable pursuant to 28 U.S.C. § 2461(c), and based upon the guilty plea of JEREMIAH BENJAMIN SCHMIDT (ECF No. 22), filed in the above case on January 17, 2018;

WHEREAS, the United States caused notice of the above-referenced forfeiture order to be published and sent in accordance with the requirements of Federal Rule of Criminal Procedure 32.2(b)(6), including publication on an official government internet site (www.forfeiture.gov) as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as required by Rule 32.2(b)(6)(C);

FINAL ORDER OF FORFEITURE - 1

WHEREAS, pursuant to the Stipulation and Agreement for Return of Property (ECF No. 43) filed November 5, 2018, the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) will be returning the three firearms listed in the Preliminary Order of Forfeiture (ECF No. 43) to the individuals described in the agreement. The firearms according to the above stipulation will not be released from ATF until the conclusion of the case. And the Court approving of the same.

AND WHEREAS, no other claims were filed.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for Final Order of Forfeiture (ECF No. 44) is GRANTED. The Court further directs the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and/or its agents to forthwith seize all of the forfeited properties, not heretofore seized, which are described below.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

That the right, title and interest to the hereinafter described property is hereby condemned, forfeited and vested in the United States of America and that no claim of interest in said property shall exist in any other person or entity, and that said property shall be disposed of according to law:

**Firearms and Ammunition associated therewith:**

1. 125 rounds of assorted caliber ammunition.

The defendant, previously convicted of a crime punishable by imprisonment for a term exceeding one year, was in possession of various firearms and associated ammunition at the time of his arrest on or about August 17, 2016.

    IT IS FURTHER ORDERED that all parties herein shall bear their own costs and fees.

DATED: November 14, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court

FINAL ORDER OF FORFEITURE - 3